# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 21 PM 2:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

DEBORAH DONOGHUE

vs

IMMUNOSYN CORPORATION,
ARGYLL BIOTECHNOLOGY LLC,
DOUGLAS McCLAIN, JR. and
JAMES T. MICELI

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0510 JM WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DAVID LOPEZ, ESQ.
171 EDGE OF THE WOODS ROAD, P.O. BOX 323
SOUTHAMPTON, NY 11968

An answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/21/08
DATE

By C. PUTNAM, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S