1  Barry G. Felder (No. 175658)
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  875 Third Avenue
   New York, New York 10022
3  Telephone: (212) 603-2000
4  Facsimile: (212) 603-2001

5  Christine A. Kohler (No. 211562)
   THELEN REID BROWN RAYSMAN & STEINER LLP
6  333 South Hope Street, Suite 2900
   Los Angeles, California  90071-3048
7  Telephone: (213) 576-8000
8  Facsimile: (213) 576-8080
   Attorneys for Defendants ARGYLL BIOTECHNOLOGIES, LLC,
9  DOUGLAS McCLAIN, JR. and JAMES T. MICELI

10 DAVID LOPEZ, ESQ. (DL6779)
11 171 Edge of Woods Road
   P.O. Box 323
12 Southampton, New York 11969
   Telephone: (631) 287-5520
13 Facsimile: (631) 283-4735

14 William R. Fuhrman, Esq. (No. 58751)
15 539 Encinitas Boulevard, Suite 111
   Encinitas, California 92024-3748
16 Telephone: (760) 479-2525
   Facsimile: (801) 760-4548
17 Attorneys for Plaintiff DEBORAH DONOGHUE

18                **UNITED STATES DISTRICT COURT**

19              **SOUTHERN DISTRICT OF CALIFORNIA**

20
   DEBORAH DONOGHUE,                    | Case No.:  08-0510 (JM) (WMC)
21
                        Plaintiff,      | Judge Jeffrey T. Miller
22
           -against-                    | Magistrate Judge William McCurine, Jr.
23
24 IMMUNOSYN CORPORATION, ARGYLL
   BIOTECHNOLOGY LLC, DOUGLAS            | **JOINT MOTION FOR EXTENSION OF**
25 McCLAIN, JR. and JAMES T. MICELI,     | **TIME TO MOVE OR PLEAD**
26                        Defendants.
27
28

1           Defendants Argyll Biotechnologies, LLC (incorrectly named as Argyll Biotechnology

2  LLC), Douglas McClain, Jr. and James T. Miceli ("Defendants") and Plaintiff Deborah Donoghue

3  ("Plaintiff"), by and through their counsel, hereby jointly move, pursuant to Local Rule 12.1 and

4  Fed. R. Civ. P. 6(b), for an extension of time for Defendants to answer, move, or otherwise

5  respond to Plaintiff's Complaint. Defendants' current deadline to respond to the complaint is

6  April 16, 2008. The parties request an extension of nine days, up to and including April 25, 2008,

7  for Defendants to respond.

8           This is the first extension that has been requested. This extension is sought for good cause

9  and not for purposes of delay. A proposed Order has been submitted to this Court simultaneously

10  with the filing of this Motion.

11

12  Dated: April 14, 2008              THELEN REID BROWN RAYSMAN
                                        & STEINER LLP

13                            By: s/ Christine A. Kohler

14                               Barry G. Felder
                               bfelder@thelen.com

15                               Christine A. Kohler
                               ckohler@thelen.com

16                           Attorneys for Defendants
                           ARGYLL BIOTECHNOLOGIES, LLC,

17                           DOUGLAS McCLAIN, JR. and JAMES T. MICELI

18

19                         DAVID LOPEZ, ESQ.
                         WILLIAM FUHRMAN, ESQ

20

21                         By: s/ David Lopez

22                           David Lopez
                           DavidLopezEsq@aol.com
                         Attorneys for Plaintiff

23                         DEBORAH DONOGHUE

24

25

26
  NY #1258134 v1

27

28