# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>               Plaintiff,<br><br>-against-<br><br>IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS McCLAIN, JR. and JAMES T. MICELI,<br><br>               Defendants. | Case No.: 08-0510 JM(WMC)<br><br>Judge Jeffrey T. Miller<br><br>Magistrate Judge William McCurine, Jr.<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD** |

     This matter is before the Court on the parties' Joint Motion for Extension of Time to Move or Plead. The Court, having reviewed the motion, finds that it is well taken and accordingly GRANTS the motion. Defendants' deadline to move or plead in response to Plaintiff's Complaint is hereby extended through and including April 25, 2008.

     IT IS SO ORDERED.

Dated: April 15, 2008

                                                                     _____<br>                                                                     United States District Judge

NY #1258269 v1