Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendants ARGYLL BIOTECHNOLOGIES, LLC,
DOUGLAS McCLAIN, JR. and JAMES T. MICELI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

---

DEBORAH DONOGHUE,

    Plaintiff,

-against-

IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS MCCLAIN, JR. AND JAMES T. MICELI,

    Defendants.

---

Civil Action No. 08-0510 (JM) (WMC)

**DEFENDANTS ARGYLL BIOTECHNOLOGIES, LLC, DOUGLAS McCLAIN, JR. AND JAMES T. MICELI'S NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER OR STAY THE ACTION**

Date: May 30, 2008
Time: 1:30 p.m.
Courtroom: Courtroom 16
Judge: Honorable Jeffrey T. Miller

TO PLAINTIFF DEBORAH DONOGHUE AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 30, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 16 of the above-entitled Court, before the Honorable Jeffrey T. Miller, defendants Argyll Biotechnologies, LLC (incorrectly named as "Argyll Biotechnology LLC"), Douglas McClain, Jr. and James T. Miceli will, and hereby do, move for an order dismissing this action or, in the alternative transferring the action to the Southern District of New York or staying the action. This motion is made on the grounds that: the above-entitled action is duplicative of an earlier filed action in the Southern District of New York, warranting dismissal, or

1  alternatively, transfer or stay, pursuant to the rules of federal comity; and, alternatively, pursuant
2  to 28 U.S.C. § 1404, transfer of the action to the Southern District of New York would serve the
3  interests of justice and the convenience of the parties and witnesses.
4       The motion will be based on this notice of motion and motion, the memorandum of points
5  and authorities filed concurrently herewith, the declaration of Barry G. Felder filed concurrently
6  herewith and the exhibits thereto, the papers and records on file with this Court, and the arguments
7  presented at the hearing.

9  Dated: April 25, 2008                      THELEN REID BROWN RAYSMAN
                                                                           & STEINER LLP

                                                                           By: s/ *Barry G. Felder*
                                                                              Barry G. Felder
                                                                              bfelder@thelen.com
                                                                              Alexandra Epand
                                                                              aepand@thelen.com
                                                                           Attorneys for Defendants
                                                                           ARGYLL BIOTECHNOLOGIES, LLC, JAMES T.
                                                                           MICELI AND DOUGLAS MCCLAIN, JR.

NY #1260699 v1