Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendant ARGYLL BIOTECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>Plaintiff,<br><br>-against-<br><br>IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS McCLAIN, JR. and JAMES T. MICELI,<br><br>Defendants. | Case No.: 08-0510 (JM) (WMC)<br><br>Judge Jeffrey T. Miller<br><br>Magistrate Judge William McCurine, Jr.<br><br>**RULE 7.1 STATEMENT OF ARGYLL BIOTECHNOLOGIES, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Argyll Biotechnologies, LLC ("Argyll Bio"), a private non-governmental party, certifies that Argyll Bio has no parent corporations and no publicly held corporation owns 10% or more of Argyll Bio's stock.

Dated: April 25, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By: s/ Barry G. Felder
Barry G. Felder
bfelder@thelen.com
Alexandra Epand
aepand@thelen.com
Attorneys for Defendants
ARGYLL BIOTECHNOLOGIES, LLC

NY #1260614 v1