Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Nominal Defendant IMMUNOSYN CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>     Plaintiff,<br><br>   -against-<br><br>IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS McCLAIN, JR. and JAMES T. MICELI,<br><br>     Defendants. | Case No.: 08-0510 (JM) (WMC)<br><br>Judge Jeffrey T. Miller<br><br>Magistrate Judge William McCurine, Jr.<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Immunosyn Corporation.

I certify that I am admitted to practice in this Court.

Dated: April 25, 2008

By:  s/ Barry G. Felder
   Barry G. Felder
   bfelder@thelen.com
   THELEN REID BROWN RAYSMAN
   & STEINER LLP
   Attorneys for Nominal Defendant
   IMMUNOSYN CORPORATION

NY #1260986 v1