Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Nominal Defendant IMMUNOSYN CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>Plaintiff,<br><br>-against-<br><br>IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS McCLAIN, JR. and JAMES T. MICELI,<br><br>Defendants. | Case No.: 08-0510 (JM) (WMC)<br><br>Judge Jeffrey T. Miller<br><br>Magistrate Judge William McCurine, Jr.<br><br>**RULE 7.1 STATEMENT OF IMMUNOSYN CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for nominal defendant Immunosyn Corporation ("Immunosyn"), a private non-governmental party, certifies that Immunosyn has no parent corporations and that no publicly held corporation owns 10% or more of Immunosyn's stock.

Dated: April 25, 2008

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: s/ Barry G. Felder
    Barry G. Felder
    bfelder@thelen.com
    Alexandra Epand
    aepand@thelen.com
Attorneys for Defendants
IMMUNOSYN CORPORATION

NY #1260617 v1