Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>Plaintiff,<br><br>-against-<br><br>IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS MCCLAIN, JR. AND JAMES T. MICELI,<br><br>Defendants. | Civil Action No. 08-0510 (JM) (WMC)<br><br>**PROOF OF SERVICE** |

---

I am over the age of 18 years and not a party to the within action. I am employed in the City of New York, County of New York, State of New York. My business address is 875 Third Avenue, New York, New York 10022. On April 25, 2008, I served the following documents on the persons noted below in the manner listed below:

 1. Notice of Motion to Dismiss, or in the Alternative, to Transfer or Stay the Action

 2. Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, or in the Alternative, to Transfer or Stay the Action

 3. Declaration of Barry G. Felder with annexed exhibits

 4. Answer to the Complaint by Defendants Argyll Biotechnologies, LLC, Douglas McClain, Jr. and James T. Miceli

|   |   |   |
|---|---|---|
| 1 | 5. | Rule 7.1 Statement of Argyll Biotechnologies, LLC |
| 2 | 6. | Rule 7.1 Statement of Immunosyn Corporation |
| 3 | 7. | Notice of Appearance on behalf of Immunosyn Corporation |

On April 25, 2008, I served the above documents on:

> William R. Fuhrman
> 539 Encinitas Boulevard, Suite 111
> Encinitas, California 92924
> bill@sdiegolaw.com

by submitting them to the United States District Court for the Southern District of California's Electronic Case Filing System.

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 25, 2008, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business, addressed to:

> David Lopez
> 171 Edge of Woods Road
> P.O. Box 323
> Southampton, New York 11969

And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

                                            *s/  Barry G. Felder*
                                            Barry G. Felder