| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF WILLIAM R. FUHRMAN<br>WM. R. FURHMAN - SBN # 58751<br>539 ENCINITAS BLVD., SUITE 111<br>ENCINITAS, CA 92024<br>TELEPHONE NO.*(Optional)* (760) 479-2525  FAX NO.*(Optional)* (801) 760-4548<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF:**
STREET ADDRESS: 880 FRONT STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

| PLAINTIFF/PETITIONER: DONOGHUE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: IMMUNOSYN CORPORATION, ET AL | 08CV0510JMWMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S46090-01/1507002 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET;

3. a. Party Served: *(specify name of party as shown on the documents served)*:
   IMMUNOSYN CORPORATION

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:other *(specify name and relationsh*
   BECKY DEGEORGE, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:         2730 GATEWAY OAKS DRIVE, SUITE 100
                                                SACRAMENTO, CA 92533

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):March 27, 2008 (2) at (time): 02:00 pm

---

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>80.90 |
|---|---|---|

| PETITIONER: DONOGHUE | CASE NUMBER: |
| --- | --- |
| RESPONDENT: IMMUNOSYN CORPORATION, ET AL | 08CV0510JMWMC |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: LISA SANTOS
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $    80.90
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 98-13
      (iii) County : SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   April 3, 2008

LISA SANTOS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41A/00S46090-01