| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF WILLIAM R. FUHRMAN<br>WM. R. FURHMAN - SBN # 58751<br>539 ENCINITAS BLVD., SUITE 111<br>ENCINITAS, CA 92024 | (760) 479-2525 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00S46089-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
DONOGHUE vs. IMMUNOSYN CORPORATION, ET AL

| DECLARATION OF MAILING | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0510JMWMC |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Avenue, #202, San Diego, CA 92103

On March 27, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
  SUMMONS AND COMPLAINT; CIVIL COVER SHEET; PRO HAC VICE APPLICATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

  ARGYLL BIOTECHNOLOGY, LLC, c/o JAMES T. MICELI, PERSON AUTHORIZED TO ACCEPT
  4225 EXECUTIVE SQUARE, SUITE 260.
  LA JOLLA, CA 92037

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on April 2, 2008 at       San Diego, California.

**Fee for service:**   $ 50.85

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . .San Diego. . . . . . County,
Number: . . . . . . . . 1249

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
(619)299-2012

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . April 2, 2008. . . . . . . . . ,
at: . . . . . . . . . . San Diego . . . . . . , California.

Signature: _____
Name: R. Mericle
Title: Employee

322/00S46089-01