| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF WILLIAM R. FUHRMAN<br>WM. R. FURHMAN - SBN # 58751<br>539 ENCINITAS BLVD., SUITE 111<br>ENCINITAS, CA 92024<br>TELEPHONE NO. *(Optional)* (760) 479-2525  FAX NO. *(Optional)* (801) 760-4548<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF:<br>STREET ADDRESS: 880 FRONT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: DONOGHUE<br>DEFENDANT/RESPONDENT: IMMUNOSYN CORPORATION, ET AL | CASE NUMBER:<br>08CV0510JMWMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.<br>00S46089-02/1507002 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT; CIVIL COVER SHEET; PRO HAC VICE APPLICATION

3. a. Party Served: *(specify name of party as shown on the documents served):*
      DOUGLAS MCCLAIN, JR.

   b. Person Served: KATE G., PERSON IN CHARGE

4. Address where the party was served:    4225 EXECUTIVE SQUARE, SUITE 260.
                                            LA JOLLA, CA 92037

5. I served the party *(check proper box)*
   b. **by substituted service.** On (date): April 1, 2008 at (time): 09:00 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      KATE G., PERSON IN CHARGE

Physical Description:
| AGE: 25 | HAIR: BLK | HEIGHT: 5'6 | RACE: CAUC |
| SEX: F | EYES: BRN | WEIGHT: 115 | |

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a declaration of mailing is attached
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

40.85

31B/00S46089-02

| PETITIONER: DONOGHUE | CASE NUMBER: |
| --- | --- |
| RESPONDENT: IMMUNOSYN CORPORATION, ET AL | 08CV0510JMWMC |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. **Person who served papers**
   a. Name: WILLIAM COX
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $   40.85
   e. I am: (3) a registered California process server
      (i) EMPLOYEE OF REGISTERED PROCESS SERVER
      (ii) Registration No.: 1249
      (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   April 2, 2008

WILLIAM COX
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                    (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

41B/00S46089-02