| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| LAW OFFICES OF WILLIAM R. FUHRMAN<br>WM. R. FUHRMAN - SBN # 58751<br>539 ENCINITAS BLVD., SUITE 111<br>ENCINITAS, CA  92024 | | (760) 479-2525 | |
| ATTORNEY FOR (NAME) | | REFERENCE NUMBER<br>00S46089-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
U.S. DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
DONOGHUE vs. IMMUNOSYN CORPORATION, ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0510JMWMC |
|---|---|---|---|---|

I received the within process on March 26, 2008 and that after due and diligent effort I have been able to effect service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name:     JAMES T. MICELI

Business:   4225 EXECUTIVE SQUARE, SUITE 260.
            LA JOLLA, CA 92037

As enumerated below:

```
03/27/08    09:50 am    SUBJECT NOT IN AT (BUSINESS).
03/28/08    04:10 pm    SUBJECT NOT IN AT (BUSINESS).
03/31/08    09:45 am    SUBJECT NOT IN AT (BUSINESS).
04/01/08    09:00 am    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO
                        DELIVER DOCUMENTS TO NAMED DEFENDANT.
```

Fee for service:    $ 50.85

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . SAN DIEGO . . . . County,
     Number: . . . . . . 1249 . . . . . . . . .

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
**(619)299-2012**
321/00S46089-03

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . April 2, 2008 . . . . . . . . .
at: . . . . . . . . . . SAN DIEGO . . . . . , California.

Signature:
Name: WILLIAM COX
Title: EMPLOYEE OF REGISTERED PROCESS SERVER