Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendants ARGYLL BIOTECHNOLOGIES, LLC,
DOUGLAS McCLAIN, JR. and JAMES T. MICELI

David Lopez (*Pro Hac Vice*)
171 Edge of Woods Road
PO Box 323
Southampton, New York 11969
Telephone: (631) 287-5520
Facsimile: (631) 283-4735

William R. Fuhrman (No. 58751)
539 Encinitas Blvd., Suite 111
Encinitas, California 92924
Telephone: (760) 479-2525
Facsimile: (801) 760-4548

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

----------------------------------------- x

DEBORAH DONOGHUE,

          Plaintiff,

   -against-

IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS MCCLAIN, JR. AND JAMES T. MICELI,

          Defendants.

----------------------------------------- x

Civil Action No. 08-0510 (JM) (WMC)

Judge Jeffrey T. Miller

Magistrate Judge William McCurine, Jr.

**JOINT MOTION FOR CONTINUANCE OF**

**EARLY NEUTRAL EVALUATION CONFERENCE**

Plaintiff Deborah Donoghue and Defendants Argyll Biotechnologies, LLC (incorrectly named as "Argyll Biotechnology LLC"), Douglas McClain, Jr. and James T. Miceli hereby move this Court for an order continuing the date of the Early Neutral Evaluation conference currently scheduled for June 4, 2008 until after the Court has ruled on Defendants' pending motion to dismiss, transfer or stay this action. Good cause exists for this motion, and this motion is not sought for delay. The parties respectfully request that the Court enter the proposed order accompanying this motion.

Dated: May 20, 2008                              Respectfully submitted,

*s/ Barry G. Felder*
Barry G. Felder
bfelder@thelen.com
THELEN REID BROWN RAYSMAN
& STEINER LLP
Attorneys for Defendants
ARGYLL BIOTECHNOLOGIES, LLC, JAMES T.
MICELI AND DOUGLAS MCCLAIN, JR.

*s/ David Lopez*
David Lopez, Esq. (with permission)
Attorney for Plaintiff *pro hac vice*

NY #1712304 v1