Barry G. Felder (No. 175658)
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-2000
Facsimile: (212) 603-2001

Alexandra Epand (No. 191733)
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------ x

DEBORAH DONOGHUE,

                Plaintiff,

          -against-

IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGY LLC, DOUGLAS MCCLAIN, JR. AND JAMES T. MICELI,

                Defendants.

------------------------------------------------------------ x

Civil Action No. 08-0510 (JM) (WMC)

**DECLARATION OF SERVICE**

      I am over the age of 18 years and not a party to the within action. I am employed in the City of New York, County of New York, State of New York. My business address is 875 Third Avenue, New York, New York 10022. On May 22, 2008, I served the following documents on the persons noted below in the manner listed below:

      1.    Reply Memorandum of Points and Authorities in Further Support of Defendants' Motion to Dismiss, or in the Alternative, to Transfer or Stay the Action; and

      2.    Reply Declaration of Barry G. Felder with annexed exhibits.

I served the above documents on:

      William R. Fuhrman
      539 Encinitas Boulevard, Suite 111
      Encinitas, California 92924
      bill@sdiegolaw.com

1
2 by submitting them to the United States District Court for the Southern District of California's
3 Electronic Case Filing System.
4     I served the above documents on:
5
6 David Lopez
  171 Edge of Woods Road
  P.O. Box 323
7 Southampton, New York 11969
8 by placing them for collection and processing to be deposited with the United States Postal
9 Service in the ordinary course of business, addressed as noted above. I am readily familiar with
10 the firm's business practice for collection and processing of correspondence for mailing with the
11 United States Postal Service. And in the ordinary course of the firm's business, such
12 correspondence is deposited with the United States Postal Service the same day that it is collected.
13
14     I declare under penalty of perjury that the foregoing is true and correct.
15 Executed on May 22, 2008.
16                                         Rachel E. Kramer
17
18
19
20
21
22
23
24
25
26
27
28