# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE,<br><br>                            Plaintiff,<br>   vs.<br><br>IMMUNOSYN CORP. et al.,<br><br>                            Defendant. | CASE NO. 08cv510-JM (WMc)<br><br>ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

     On May 20, 2008, the parties filed a Joint Motion For Continuance of Early Neutral Evaluation Conference (ENE). That motion is **DENIED**. The Court has already issued an order allowing the ENE to be held telephonically. Thus, the Court's prior order of May 12, 2008, remains in full force and effect.

     IT IS SO ORDERED.

DATED: May 23, 2008

                                                                        *[signature]*
                                                                  Hon. William McCurine, Jr.
                                                                  U.S. Magistrate Judge
                                                                  United States District Court