# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DONOGHUE, | CASE NO. 08cv510-JM (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| IMMUNOSYN CORP. et al., | |
| Defendant. | |

On June 2, 2008, District Judge Miller ordered the case stayed. Therefore, the Early Neutral Evaluation Conference (ENE) scheduled for June 4, 2008, is **vacated** until further order of the Court.

IT IS SO ORDERED.

DATED: June 3, 2008

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court